### In the Interest of L.C. and L.B., Juveniles.

#### No. 73936.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 7, 1999.

Application to Transfer Denied June 1, 1999.

Lisa D. Faulstich, Fenton, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Before JAMES R. DOWD, P.J.,
LAWRENCE G. CRAHAN, J., and
RICHARD B. TEITELMAN, J.

### *ORDER*

PER CURIAM.

Mother appeals the judgment terminating her parental rights pursuant to section 211.447.2(3), RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).